# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Michelle Speirs

                        Plaintiff,

v.                                                      Case No.: 1:11−cv−08044

                                                               Honorable Samuel Der−Yeghiayan

Van Ru Credit Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2012:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Plaintiff's request to continue status hearing is granted. Initial status hearing reset to 02/16/12 at 9:00 a.m. Status hearing set for 01/11/12 is stricken. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.