## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Michelle Speirs

                        Plaintiff,

v.                                         Case No.: 1:11–cv–08044
                                                      Honorable Samuel Der–Yeghiayan

Van Ru Credit Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 16, 2012:

      MINUTE entry before Honorable Samuel Der–Yeghiayan: Status hearing called. No one appeared on behalf of the Plaintiff on the Court's noticed hearing. Plaintiff's request to continue the previous status hearing was granted on 01/10/12. Status hearing set for 02/23/12 at 9:00 a.m. Counsel for Plaintiff is warned that failure to appear on a Court's noticed hearing may result in a dismissal of the action for want of prosecution pursuant to Local Rule 41.1. Plaintiff is again warned that failure to serve summons and complaint on Defendant will result in a dismissal of the action pursuant to FRCP 4. Counsel for Plaintiff is further directed to file with the Clerk of Court, the appropriate return of service or waiver of service. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.