## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8044 | **DATE** | 2/23/2012 |
| **CASE TITLE** | Michelle Speirs vs. Van Ru Credit Corporation | | |

**DOCKET ENTRY TEXT**

Status hearing called. No one appeared on behalf of the Plaintiff, for the second time, on the Court's noticed hearing. Counsel for Plaintiff having been warned on 02/16/12, the instant action is hereby ordered dismissed for want of prosecution pursuant to Local Rule 41.1. All pending dates and motions, if any, are stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|